IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| LAVONDA RAGLAND | § | CASE NO: 06-30136 |
| Debtor(s) | § | |
| | § | CHAPTER 13 |

## MEMORANDUM OPINION REGARDING CIVIL CONTEMPT

LAVONDA RAGLAND filed Case No. 05-46083-H2-13 on September 30, 2005. That case was dismissed with prejudice to filing another case for 180 days at a hearing on January 10, 2006. An order confirming that dismissal and prohibiting the debtor from filing another case for 180 days was signed by Judge Steen and entered on January 12, 2006.

LAVONDA RAGLAND filed Case No. 06-30136-H1-13 on January 10, 2006. The case was filed either (i) in violation of Judge Steen's order barring refiling of a bankruptcy case for 180 days; or (ii) as a simultaneous bankruptcy case. In either event, the Court finds that the case was filed in bad faith. The petition in Case No. 06-30136-H1-13 was stricken on February 23, 2006.

This Court entered an order on February 23, 2006 directing LAVONDA RAGLAND to appear at a hearing scheduled for March 24, 2006, 11:00 a.m. Notice of the hearing was mailed to Debtor at Debtor's address of record: 4108 Idaho Street, Houston, TX 77021-4908. LAVONDA RAGLAND failed to appear at the March 24, 2006 hearing.

The Court orders the Clerk to serve a copy of this Memorandum Opinion and the related Arrest Warrant for Civil Contempt to the United States Marshals Service. The United States Marshals Service is directed to arrest and produce LAVONDA RAGLAND before this Court.

3-24-06

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE